# UNITED STATES DISTRICT COURT,
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JEFFREY WILENS, on behalf of himself and all persons similarly situated,<br><br>　　　　　　Plaintiff,<br><br>　v.<br><br>NRG ENERGY, INC., and NRG RESIDENTIAL SOLAR SOLUTIONS LLC,<br><br>　　　　　　Defendants. | Case No. 8:15-cv-01128-CJC-JCG<br><br>**STIPULATED PROTECTIVE ORDER**<br><br>Assigned to Hon. Cormac Carney |

**STIPULATED PROTECTIVE ORDER**

1 | The Parties having so stipulated and good cause appearing, the Court adopts the
2 | Stipulated Protective Order.
3 | **IT IS SO ORDERED.**
4 |
5 | Dated: __November 9, 2016__        _____/s/_____
6 |                                   Honorable Jay C. Gandhi
7 |                                   United States Magistrate Judge